IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION

SARA FOSS,

    Plaintiff,

v.

NATIONAL ACTION FINANCIAL SERVICES, INC.,

    Defendant.

Case No. 3:08-cv-0018

Judge Rose

Magistrate Judge Ovington

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant hereby stipulate that this action is hereby dismissed with prejudice in its entirety. Each party to bear its own costs and attorney fees.

    / s /Richard J. Meier
Richard J. Meier
Macey & Aleman, P.C.
The Sears Tower
233 South Wacker Drive, Suite 5150
Chicago, Illinois 60606-6369
(866) 339-1156 (telephone)
rjm@legalhelpers.com

Attorney for Plaintiff

    / s /Nancy Manougian
Nancy Manougian (0013121)
Bailey Cavalieri LLC
10 West Broad Street, 21st Floor
Columbus, Ohio 43215-3422
(614) 229-3228 (telephone)
(614) 221-0479 (facsimile)
Nancy.Manougian@baileycavalieri.com

Attorney for Defendant

562076

10681/04380